NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAROLD M. HOFFMAN,<br><br>                  Plaintiff,<br><br>v.<br><br>PHARMACARE US INC.,<br><br>                  Defendant. | Civil Action No.: 2:17-cv-03540<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the Report and Recommendation of Magistrate Judge James B. Clark to remand this matter to New Jersey Superior Court, Bergen County, Law Division. (ECF No. 10). The deadline to file objections to Judge Clark's Report and Recommendation was December 28, 2017, and no objections have been filed thereto. The Court has considered the background and history of this case along with Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein:

**IT IS** on this 29th day of December, 2017

**ORDERED** that this Court adopts Judge Clark's December 14, 2017 Report and Recommendation that this matter be remanded to New Jersey Superior Court, Bergen County, Law Division; and it is further

**ORDERED** the Clerk of Court shall **CLOSE** the file in this matter.

**SO ORDERED.**

                                                                       */s/ Claire C. Cecchi*
                                                                    CLAIRE C. CECCHI, U.S.D.J.